UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

TERA J. CUNNINGHAM,

                      Plaintiffs,

     -vs-

THE TOWN OF ELLICOTT,
THE TOWN OF ELLICOTT POLICE
DEPARTMENT, CHIEF WILLIAM
OHNMEISS, JR., INDIVIDUALLY,
PATRICK TYLER, ELLICOTT TOWN
BOARD SUPERVISOR,

                  Defendant.

**PLAINTIFF'S
PRE-TRIAL STATEMENT**

Civ Action No.:04-CV-301E(SC)

---

Plaintiff TERA J. CUNNINGHAM, by and through her counsel of record, CHRISTINA A.

AGOLA, as and for her first Pre-Trial Statement submits the following list

of witnesses and Exhibits.

**A.    List of Witnesses**

(1) Patricia Eimers

(2) Andrew Goodell

(3) Mark Cunningham

(4) Todd Beckerink

(5) James Curtis

(6) Kenneth M. Laker

(7) Brandon Maggio

(8) Sherry Lantz

(9) Daryl P. Brautigam

(10) Lisa Ross

(11) Sgt. David S. Arnone

(12) Josh Tyler

(13) Patrick Tyler

(14) William Ohnmeiss Jr.

(15) Matthew J. Timmerman

(16) Brain Taylor

(17) Kevin Sirwatka

(18) Jodi Timmerman

(19) David Switzer

(20) Brad Widen

(21) Ethan VanRyan

(22) Janice Vanstrom

(23) Holly Bianco

(24) Vincent Trippi

(25) Dr. Richard H. Spector

## B.    List of Exhibits

EXHIBIT 300:     New York State Department of Civil Service State Personnel
Management Manual, Section 2010 Probation

EXHIBIT 301:     Internal Investigation Report of Daryl P. Brautigam

EXHIBIT 302:     State of New York Executive Department, Division of Human Rights
Complaint of Patricia Eimers

EXHIBIT 303:     Affidavit of Lisa Ross

EXHIBIT 304:     Deposition of Matthew Timmerman

EXHIBIT 305:        July 7, 2003 Minutes of a Regular Meeting of the Town Council of the Town of Ellicott

EXHIBIT 305a:       August 4, 2003 Minutes of a Regular Meeting of the Town Council of the Town of Ellicott

EXHIBIT 305a(i):    Agreement Between Town of Ellicott and Chief Ohnmeiss

EXHIBIT 305b:       November 17, 2003 Minutes of a Regular Meeting of the Town Council of the Town of Ellicott

EXHIBIT 305c:       December 15, 2003 Minutes of a Regular Meeting of the Town Council of the Town of Ellicott

EXHIBIT 305d:       March 15, 2004 Minutes of a Regular Meeting of the Town Council of the Town of Ellicott

EXHIBIT 306:        July 2, 2003 Letter by James V. Curtis Regarding Tara Cunningham's Residency

EXHIBIT 307:        August 7, 2003 Memo from James V. Curtis to Chief Ohnmeiss Requesting Release of Patrol Logs Concerning Tara Cunningham

EXHIBIT 307a:       August 7, 2003 Letter by James V. Curtis to Chautauqua County Civil Service Regarding Tara Cunningham's Residence

EXHIBIT 308:        September 30, 2003 Memo from Chief Ohnmeiss to Tara Cunningham Regarding James V. Curtis' Personnel Complaint

EXHIBIT 308a:       October 14, 2003 Letter from Andrew Goodell to Chief Ohnmeiss

EXHIBIT 309:        December 1, 2003 Letter from Chautauqua County Department of Human Resources to James V. Curtis

EXHIBIT 310:        December 17, 2003 Letter from Goodell & Goodell to James V. Curtis Regarding Filing a False Instrument

EXHIBIT 311:        October 21, 2003 Letter from Jim V. Curtis to Chautaqua County Civil Service

EXHIBIT 312:        May 3, 2004 Minutes of a Regular Meeting of the Town Council of the Town of Ellicott

EXHIBIT 313:        October 28, 2003 Letter from Andrew Goodell to Joseph Porpiglia Regarding Tara Cunningham's Falconer Residence

EXHIBIT 314:        December 3, 2003 Letter from Andrew Goodell to Joseph Porpiglia Requesting James V. Curtis' October 21, 2003 Letter

EXHIBIT 315:        December 29, 2003 Letter from Andrew Goodell to Paul V. Webb, Jr. Regarding James V. Curtis' False Statements

EXHIBIT 316:        December 22, 2003 Letter from Neil McNeight to Andrew Goodell

EXHIBIT 317:        October 20, 2003 Letter from Andrew Goodell to Tara Cunningham

EXHIBIT 318:        March 5, 2004 Letter from Chief Ohnmeiss to Tera Cunningham, Notice of Termination

EXHIBIT 318a:        Probationary Employee Development, Management Concept

EXHIBIT 318b:        Affidavit of Chief William Ohnmeiss, Jr.

EXHIBIT 318c:        Affidavit of Branden N. Maggio

EXHIBIT 318d:        Affidavit of David S. Arnone

EXHIBIT 318e:        Affidavit of Todd A. Beckerink

EXHIBIT 318f:        Affidavit of James Jarozinski

EXHIBIT 319:        Ellicott Police Department Field Training Program Daily Observation Reports

EXHIBIT 320:        Ellicott Police Department Field Training Program Evaluation, Monthly Field Training Observation Report

EXHIBIT 320a:        October 9, 2003 Ellicott Police Department Field Training Program Evaluation Monthly Field Training Observation Report

EXHIBIT 320b:        January 2, 2004 Ellicott Police Department Field Training Program Evaluation Monthly Field Training Observation Report

EXHIBIT 320c:        January 25, 2004 Ellicott Police Department Field Training Program Evaluation Monthly Field Training Observation Report

EXHIBIT 320d:      February 13, 2004 Ellicott Police Department Field Training Program Evaluation Monthly Field Training Observation Report

EXHIBIT 321:       March 5, 2004 Letter from Todd A. Beckerink Regarding Tera Cunningham's Attitude After Full-Time Appointment

EXHIBIT 321a:      March 4, 2004 Evaluation Summary

EXHIBIT 322:       Report by Branden N. Maggio on Tera Cunningham

EXHIBIT 323:       March 4, 2004 Letter by David S. Arnone Evaluation and Reasons Tera Cunningham Unsuccessfully Completed Probation Period

EXHIBIT 324:       January 31, 2004 Letter from Tera Cunningham to ID32 Regarding Voluntary Women's Service Employment

EXHIBIT 325:       January 30, 2004 Memo from David S. Arnone to Tera Cunningham Regarding Voluntary Women's Service Employment

EXHIBIT 326:       Character Reference

EXHIBIT 327:       March 8, 2004 Letter from Christina A. Agola to Chief Ohnmeiss Acknowledging Tera Cunningham's Termination and Requesting a Full Meeting of the Town Board of Ellicott

EXHIBIT 328:       March 5, 2004 Letter from Chief Ohnmeiss to Patrick Tyler and Cecil Miller Regarding the Decision to End Tera Cunningham's Probationary Period

EXHIBIT 329:       EEOC Charge of Tera Cunningham

EXHIBIT 330:       Post Journal New Article "Female Patrolwoman Alleges Sexual Harassment, Faces Termination"

EXHIBIT 332:       News Article "Officer Files Bias Charge"

EXHIBIT 333:       March 15, 2004 Minutes of a Regular Meeting of the Town Council of the Town of Ellicott

EXHIBIT 334:       Town of Ellicott's Responses to EEOC Charge

| EXHIBIT 335: | New Article "Report Backs Board on Allegations Made by Former Ellicott Police Officer" |
|---|---|
| EXHIBIT 336: | News Article "Ex-Officer's Harassment Complaint Disputed" |
| EXHIBIT 337: | New Article "Investigation Complete" |
| EXHIBIT 337a: | January 6, 2003 Domestic Incident Report of Patrick Tyler |
| EXHIBIT 337b: | Simplified Traffic Information's for Josh Tyler |
| EXHIBIT 338: | Town of Ellicott Police Department Rules & Regulations Manual |
| EXHIBIT 339: | Town of Ellicott Police Department Rules & Regulations Manual Book Assignment |
| EXHIBIT 340: | Sexual Harassment General Order of Chief Rodney A. Vanstrom |
| EXHIBIT 340a: | Discrimination and Harassment General Order of Chief Ohnmeiss |
| EXHIBIT 341: | EEOC Notice of Right to Sue |
| EXHIBIT 342: | EEOC Complaint Amendment of Tera Cunningham |
| EXHIBIT 343: EXHIBIT 344: | August 4, 2004 Notice of Right to Sue Letter Complaint of Tera Cunningham |
| EXHIBIT 345: | Amended Complaint of Tera Cunningham |
| EXHIBIT 346: | Answer to Amended Complaint |
| EXHIBIT 347: | Deposition of Thomas P. Geisler |
| EXHIBIT 348: | Audio Disc of Tera Cunningham's Termination |
| EXHIBIT 348a: | Transcript of Tera Cunningham's Termination |
| EXHIBIT 349: | Audio Disco of March 15, 2004 Meeting of the Town Council of the Town of Ellicott |
| EXHIBIT 349a: | Transcript of March 15, 2004 Meeting of the Town Council of the Town of Ellicott |

Dated:  October 16,  2006
Rochester, New York


                                        Respectfully Submitted By:

                                        /s/ Christina A. Agola
                                        _____

                                        Christina A. Agola, Esq.
                                        Attorney for Plaintiff
                                        Tera J. Cunningham
                                        28 East Main Street
                                        730 First Federal Plaza
                                        Rochester, New York 14614
                                        (O)585..262.3320
                                        (F) 585.262.3325
                                        caaesq@rochester.rr.com