# UNITED STATES DISTRICT COURT

## Western District of New York

| | | | |
|---|---|---|---|
| Tera Cunningham<br>vs.<br>Town of Ellicott, et al. | | **EXHIBIT AND WITNESS LIST**<br>Case No. 04-CV-301 | |
| PRESIDING JUDGE<br>Hon. Hugh B. Scott | | PLAINTIFF'S ATTORNEY<br>Christina Agola | DEFENDANT'S ATTORNEY<br>Michael F. Perley |
| TRIAL DATE(S)<br>April 2, 2007 | | COURT REPORTER | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | | | | Town of Ellicott Police Dept. Rules & Regulations Manual |
| | B | | | | Rules and Regulations Manual Book Assignment |
| | C | | | | Trainee Handbook |
| | D | | | | Probationary Employee Development by Chief Van Strom |
| | E | | | | Response to EEOC Charge with Exhibits |
| | F | | | | Dailey Field Training Reports |
| | G | | | | Monthly Field Training Reports |
| | H | | | | Memos |
| | I | | | | Evaluations |
| | J | | | | General Order 1-14-70 Sexual Harrassment |
| | K | | | | General Order 1-14-70 Discrimination |
| | L | | | | Probationary Terms |
| | M | | | | Notice of Termination Letter, 3/5/04 |
| | N | | | | Answer to Amended Complaint |
| | O | | | | Resolution #102-03 |
| | P | | | | Agreement between Town and Chief |
| | Q | | | | Town Meeting Minutes 7/7/03 |
| | R | | | | Town Meeting Minutes 11/17/03 |
| | S | | | | Town Meeting Minutes 12/15/03 |
| | T | | | | Town Meeting Minutes 3/15/04 |
| | U | | | | Town Meeting Minutes 5/3/04 |
| | V | | | | Disc. of Board Meeting 3/15/04 |
| | W | | | | Memo to P. Tyler & C. Miller from Chief 3/5/04 |
| | X | | | | Letter to Chief from C. Agola 3/8/04 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

## Western District of New York

| | |
|---|---|
| Tera Cunningham<br>    vs.<br>Town of Ellicott, et al. | **EXHIBIT AND WITNESS LIST**<br>Case No. 04-CV-301 |

| PRESIDING JUDGE<br>Hon. Hugh B. Scott | | | PLAINTIFF'S ATTORNEY<br>Christina Agola | | DEFENDANT'S ATTORNEY<br>Michael F. Perley |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>April 2, 2007 | | | COURT REPORTER | | COURTROOM DEPUTY |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | Y | | | | Daryl Brautigam's Investigative Report |
| | Z | | | | Newspaper Articles |
| | AA | | | | Affidavit of Lisa Ross |
| | BB | | | | Affidavit of David Arnone |
| | CC | | | | Affidavit of Todd Beckerink |
| | DD | | | | Affidavit of James Jaroszynski |
| | EE | | | | Affidavit of Brandon Maggio |
| | FF | | | | Affiavit of William Ohnmeirs, Jr. |
| | GG | | | | Affidavit of Tera Cunningham 10/13/03 |
| | HH | | | | Statement of Patrolman R. Ward |
| | II | | | | Statement of Adam Lure |
| | JJ | | | | Statement of Mary Kroon 3/9/04 |
| | KK | | | | Plaintiff's Deposition Transcript |
| | LL | | | | Disc. of Plaintiff's Termination Interview |
| | MM | | | | Photograph |
| | NN | | | | Photograph of Tera Cunningham at Desk |
| | OO | | | | Letter to Brad Widen from Plaintiff |
| | PP | | | | Copies of Cards to B. Widen from Plaintiff |
| | QQ | | | | Copy of Appearance Ticket to B. Widen written by Plaintiff |
| | RR | | | | Memo from Plaintiff to Sgt. Kubinski 7/25/03 |
| | SS | | | | Computer Log Reports |
| | TT | | | | Sgt. Kubinski's Notes and Letter of 3/5/04 |
| | UU | | | | Sgt. Arnone's Notes |
| | VV | | | | Chief Ohnmeiss' Notes |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

## Western District of New York

| Tera Cunningham | **EXHIBIT AND WITNESS LIST** |
|---|---|
| vs. | Case No. 04-CV-301 |
| Town of Ellicott, et al. | |

| PRESIDING JUDGE<br>Hon. Hugh B. Scott | PLAINTIFF'S ATTORNEY<br>Christina Agola | DEFENDANT'S ATTORNEY<br>Michael F. Perley |
|---|---|---|
| TRIAL DATE(S)<br>April 2, 2007 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | WW | | | | Meeting Notes 3/4/04 |
| | XX | | | | Employee Counseling Memos and Supplements |
| | YY | | | | James Jarozinski's evaluation memo 3/4/04 |
| | ZZ | | | | Brad Widen's evaluation memo 3/4/04 |
| | A1 | | | | Ethan Van Ryan's Evaluation memo 3/4/04 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.