UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

TERA CUNNINGHAM

vs.

TOWN OF ELLICOTT,
TOWN OF ELLICOTT POLICE DEPARTMENT
CHIEF  WILLIAM OHNMEISS, JR.

**DEFENDANTS'
WITNESS LIST**

Civil No.:  04 CV 301E (SC)

_____

| WITNESS | ADDRESS | TESTIMONY | DATE/LENGTH |
|---|---|---|---|
| Tera Cunningham | 9 Cowing St. Jamestown, NY | Plaintiff | 4/2/07-4 hrs |
| Chief William Ohnmeiss | c/o 215 S. Work St. Falconer, NY 14733 | Defendant | 4/4/07-4 hrs |
| Patrick Tyler | c/o 215 S. Work St. Falconer, NY 14733 | Defendant | 4/5/07-1 hr |
| Brad Widen | c/o 215 S. Work St. Falconer, NY 14733 | Observation and interaction with plaintiff and Chief Ohnmeiss | 4/5/07-1 hr |
| Sgt. Matthew Kubinski | c/o 215 S. Work St. Falconer, NY 14733 | Supervisor; observation and interaction with plaintiff and Chief Ohnmeiss | 4/5/07-1 hr |
| Lisa Babcock | c/o 23 Elm Street Westfield, NY 14787 | Observation of activities of plaintiff and Chief Ohnmeiss | 4/5/07-1 hr |
| Sgt. David Arnone | c/o 215 S. Work St. Falconer, NY 14733 | Observation and interaction with plaintiff and Chief Ohnmeiss | 4/5/07-1 hr |

Hurwitz & Fine, P. C.
1300 Liberty Building
Buffalo, NY  14202

| | | | |
|---|---|---|---|
| Officer Branden Maggio | c/o 215 S. Work St. Falconer, NY 14733 | Observation and interaction with plaintiff and Chief Ohnmeiss | 4/5/07- 1 hr |
| Officer James Curtis | c/o 215 S. Work St. Falconer, NY 14733 | Observation and interaction with plaintiff and Chief Ohnmeiss | 4/5/07- 1 hr |
| Michael Bush | c/o 300 E. Third St Jamestown, NY 14701 | Observation of activities of plaintiff and Chief Ohnmeiss | 4/6/07- 1 hr |
| Robert Ward | c/o 300 E. Third St. Jamestown, NY 14701 | Observation of activities of plaintiff and Chief Ohnmeiss | 4/6/07- 1 hr |
| Mary Kroon | c/o 215 S. Work St Falconer, NY 14733 | Observation of activities of plaintiff and Chief Ohnmeiss | 4/6/07-1 hr |
| Andrew Goodell | c/o 617 Washington Jamestown, NY 14701 | Observations of activities of plaintiff and Chief Ohnmeiss | 4/6/07-1 hr |
| Daryl P. Brautigan | 32 White Street Fredonia, NY 14063 | Investigative report | 4/6/07-2 hrs |
| Ken Lasker | 15 E. 5th Street Jamestown, NY 14701 | Observation of activities of plaintiff and Chief Ohnmeiss | 4/9/07-1 hr |
| Joseph F. Saeli, Jr. | 4600 Main Street Suite 200 Amherst, NY 14226 | Observation of activities of plaintiff and Chief Ohnmeiss | 4/9/07-1 hr |
| Kenneth Machemer | Elm Street Westfield, NY 14787 | Observation of activities of plaintiff and Chief Ohnmeiss | 4/9/07-1 hr |
| Joe Gerace | Chautauqua County Sheriff Department Mayville, NY 14757 | Character reference | 4/9/07-1/2 hr |
| Brenda Katta | Chautauqua County Sheriff Department Mayville, NY 14757 | Character reference | 4/9/07-1/2 hr |
| Rachel Roberts | Chautauqua County | Character reference | 4/9/07-1/2 hr |

| | | | |
|---|---|---|---|
| | District Attorney Office<br>Mayville, NY 14757 | Character reference | 4/9/07- 1/2 hr |
| Sgt. Lori Holder | Chautauqua County<br>Sheriff Department<br>Mayville, NY 14757 | Character reference | 4/9/07- 1/2 hr |
| John Zuroski | Chautauqua County<br>District Attorney Office<br>Mayville, NY 14757 | Character reference | 4/9/07- 1/2 hr |
| Chief John Bentley | Lakewood-Busti Police Dept.<br>20 W. Summit Blvd<br>Lakewood, NY 14750 | Character reference | 4/9/07- 1/2 hr |
| Ellen Barnes | Lakewood-Busti Police<br>20 W. Summit Blvd.<br>Lakewood, NY 14750 | Character reference | 4/9/07- 1/2 hr |
| Shawn Keppel | Jamestown Police<br>201 E. Second Street<br>Jamestown, NY 14701 | Character reference | 4/10/07- 1/2 hr |
| Charles Shaver | Jamestown Police<br>201 E. Second Street<br>Jamestown, NY 14701 | Character reference | 4/10/07- 1/2 hr |
| Tia Russo | Jamestown Police<br>201 E. Second Street<br>Jamestown, NY 14701 | Character reference | 4/10/07- 1/2 hr |
| Glenn Boskat | Jamestown Police<br>201 E. Second Street<br>Jamestown, NY 14701 | Character reference | 4/10/07- 1/2 hr |
| Chief Bradley Myers | Fredonia Police Dept.<br>7 Temple Street<br>Fredonia, NY 14063 | Character reference | 4/10/07- 1/2 hr |
| Adam Luce | Dunkirk Police Dept.<br>342 Central Avenue<br>Dunkirk, NY 14048 | Character reference | 4/10/07- 1/2 hr |
| Karen Okerlund | 215 S. Work Street<br>Falconer, NY 14733 | Observation of<br>activities of Plaintiff<br>and Chief Ohnmeiss | 4/10/07- 1 hr |

| | | | |
|---|---|---|---|
| Hon. Marilyn Gerace | 215 S. Work Street<br>Falconer, NY 14733 | Character reference | 4/10/07-1/2 hr |
| Val Pierce | 215 S. Work Street<br>Falconer, NY 14733 | Character reference | 4/10/07-1/2 hr |
| Robert Picket | 215 S. Work Street<br>Falconer, NY 14733 | Observations of<br>activities of Plaintiff<br>and Chief Ohnmeiss | 4/10/07-1/2 hr |
| Tom Geisler | 215 S. Work Street<br>Falconer, NY 14733 | Observations of<br>activities of Plaintiff<br>and Chief Ohnmeiss | 4/10/07-1/2 hr |
| Brian Taylor | 215 S. Work Street<br>Falconer, NY 14733 | Observations of<br>activities of Plaintiff<br>and Chief Ohnmeiss | 4/10/07-1/2 hr |
| Lucian Lodestro | 215 S. Work Street<br>Falconer, NY 14733 | Observations of<br>activities of Plaintiff<br>and Chief Ohnmeiss | 4/10/07-1/2 hr |
| James M. Jaroszynski | 215 S. Work Street<br>Falconer, NY 14733 | Observations of<br>activities of Plaintiff<br>and Chief Ohnmeiss | 4/11/07-1/2 hr |
| W. Bradley Knight | 215 S. Work Street<br>Falconer, NY 14733 | Observations of<br>activities of Plaintiff<br>and Chief Ohnmeiss | 4/11/07-1/2 hr |
| Todd A. Beckerink | 215 S. Work Street<br>Falconer, NY 14733 | Observations of<br>activities of Plaintiff<br>and Chief Ohnmeiss | 4/11/07-1/2 hr |
| E. Ethan VonReyn | 215 S. Work Street<br>Falconer, NY 14733 | Observations of<br>activities of Plaintiff<br>and Chief Ohnmeiss | 4/11/07-1/2 hr |
| Douglas P. Switzer | 215 S. Work Street<br>Falconer, NY 14733 | Observations of<br>activities of Plaintiff<br>and Chief Ohnmeiss | 4/11/07-1/2 hr |
| James S. Arnone | 215 S. Work Street<br>Falconer, NY 14733 | Observations of<br>activities of Plaintiff<br>and Chief Ohnmeiss | 4/11/07-1/2 hr |

| Timothy S. Johnson | 215 S. Work Street<br>Falconer, NY 14733 | Observations of<br>activities of Plaintiff<br>and Chief Ohnmeiss | 4/11/07-1/2 hr |
| Janet Vanstrom | 201 Thayer Street<br>Jamestown, NY 14701 | Observations of<br>activities of Plaintiff<br>and Chief Ohnmeiss | 4/11/07-1/2 hr |
| Steve Vanstrom | Frewsburg Central School<br>Frewsburg, NY 14738 | Character witness | 4/11/07-1/2 hr |
| Phil Richotta | 2 W. Main Street<br>Falconer, NY 14733 | Character witness | 4/11/07-1/2 hr |
| Gary Visosky | 7 E. Main Street<br>Falconer, NY 14733 | Character witness | 4/11/07-1/2 hr |
| John Calamugi | 966 Fairmount Avenue<br>Jamestown, NY 14701 | Character witness | 4/11/07-1/2 hr |
| Dr. Kahan | 1684 Rt. 60<br>Jamestown, NY 14701 | Character witness | 4/11/07-1/2 hr |
| Dan Fisher | Orchard Road<br>Jamestown, NY 14701 | Character witness | 4/11/07-1/2 hr |

DATED:  Buffalo, New York
March 21, 2007

HURWITZ & FINE, P.C.

*s/Michael F. Perley*

_____

Michael F.Perley
Attorneys for Defendants
1300 Liberty Building
Buffalo, New York  14202

TO:      CHRISTINE A. AGOLA, ESQ.
Attorneys for Plaintiff
730 First Federal Plaza
28 East Main Street
Rochester, New York 14614